1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| MARTHA HERNANDEZ, KRYSTAL HERNANDEZ, MONIQUE PANIAGUA, JOSE QUINONES, | ) CASE NO. CV08-3103 ODW (SHx)<br>) Assigned for All Purposes to:<br>) Hon. Otis D. Wright II<br>) |
| Plaintiffs, | ) **ORDER RE STIPULATED**<br>) **PROTECTIVE ORDER** |
| v. | )<br>) |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, CUNNINGHAM, SERRATA, SALGADO, PENA and DOES 1-30, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) *(For Determination By Magistrate Judge*<br>) *Stephen J. Hillman)*<br>) |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

///

1

1

## ORDER ON STIPULATION FOR PROTECTIVE ORDER

2      After full consideration, the requested protective order is hereby issued, with

3  all parties bound by the Agreement to be Bound by Confidentiality Stipulation,

4  attached as Exhibit A to the Stipulation and Protective Order.

5

6  DATED: November 12, 2009      / S / _____

7                                *Hon. Stephen J. Hillman*
                                *Magistrate Judge of the United States*
8                                *District Court*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER RE STIPULATED PROTECTIVE ORDER